# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTAZ EMARA,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendant. | Case No: 2:18-cv-10607-DSF(JPRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

# O R D E R

The parties having stipulated that each side shall bear their own attorneys fees and costs, this matter is hereby dismissed *without* prejudice.

IT IS SO ORDERED.
Date: September 24, 2019

_____
Dale S. Fischer
United States District Judge